UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MIESHA LAMELL,**

        Plaintiff(s),

  v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

        Defendant(s).
_____/

No. 12-CV-05013 YGR

ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge.

Accordingly, the parties are hereby **DIRECTED** to advise the court, no later than **November 26, 2012**, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. Normally the parties would be directed to so inform the court in their Joint Case Management Statement filed in connection with the initial case management conference. However, because this case involves a review of an administrative record, a case management conference has not been scheduled. The parties are advised that they may jointly request assignment to a specific magistrate judge. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: November 8, 2012

                                  _____
                                  YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT COURT JUDGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**MIESHA LAMELL,**

   Plaintiff(s),

  v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

   Defendant(s).
_____/

No. 12-CV-05013 YGR

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____      _____

_____      _____
Attorney for Plaintiff             Attorney for Defendant

Dated:_____

**United States District Court**
For the Northern District of California